**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch**

Date:                February 9, 2016
Courtroom Deputy:    Emily Buchanan
FTR Technician:      Kathy Terasaki

---

Civil Action No. 15-cv-02822-RPM          Counsel:

JILL JONES-BIRD,                          James Howard Thigpen

    Plaintiff,

v.

ALLSTATE FIRE & CASUALTY                  Benjamin Kapnik
INSURANCE COMPANY,                        Terence Ridley

    Defendant.

---

## COURTROOM MINUTES

**MOTION HEARING**

**9:46 a.m.      Court in session.**

Plaintiff's Motion for Leave to Amend Complaint Pursuant to Fed. R. Civ. P. 15 is directly related to Defendant Allstate Fire and Casualty Insurance Company's Partial Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6).

Mr. Thigpen answers Court's questions regarding Plaintiff's Motion for Leave to Amend Complaint Pursuant to Fed.R.Civ.P. 15, Plaintiff's Amended Complaint and Jury Demand, the loss being claimed, claims, and the statute of limitations.

Mr. Kapnik responds regarding when the common law claim accrued.

**ORDERED:**  Court holds the statutory claim to be a penalty and barred by the one-year statute of limitations. Plaintiff's third claim for relief, Statutory Liability due to Violation of C.R.S. §10-3-1115 and C.R.S. §10-3-1116, is **DISMISSED**.

**ORDERED:**  Plaintiff's Motion for Leave to Amend Complaint Pursuant to Fed.R.Civ.P. 15 (Doc. No. 17) is **GRANTED**. Plaintiff's Amended Complaint and Jury Demand

      (Doc. No. 17-3) is accepted for filing.

**ORDERED:** Defendant Allstate Fire and Casualty Insurance Company's Partial Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6) (Doc. No. 15) is **DENIED** with the date for accrual of the second claim to be determined at trial.  Defendant shall file an answer.

**9:59 a.m.**  **Court in recess.**

Hearing concluded.  Total time:   13 minutes.